# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff,<br>vs.<br>EUGENE CHEN, M.D., et al.,<br>     Defendants. | 2:10-CV-00128-PMP-PAL<br><br>**ORDER** |

The Court having read and considered Defendants' Motion for Partial Summary Judgment (Doc. #56), filed on September 30, 2010, the Responses thereto (Doc. #61 and #63) filed respectively by Plaintiff United States on October 13, 210, and Nominal Defendant UBS Finical on October 18, 2010, and good cause appearing,

**IT IS ORDERED that** Defendants' Motion for Partial Summary Judgment (Doc. #56) is **DENIED**.

DATED: November 1, 2010.

_____
PHILIP M. PRO
United States District Judge