# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CV-00128-PMP-PAL |
| Plaintiff, | **ORDER** |
| vs. | |
| EUGENE CHEN, M.D., et al., | |
| Defendants. | |

The Court having read and considered Defendants' fully briefed Motion for Reconsideration of Order Denying Motion for Partial Summary Judgment (Doc. #66), filed on November 5, 2010, and finding no good cause presented to warrant the relief requested, and good cause appearing,

**IT IS ORDERED that** Defendants' Motion for Reconsideration of Order Denying Motion for Partial Summary Judgment (Doc. #66) is **DENIED**.

DATED: November 19, 2010.

_____
PHILIP M. PRO
United States District Judge